## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

Sarah Heggen Lewis, Emily Heggen, )
and Marn Heggen, on behalf of themselves )
and a class of similarly situated persons, )      **ORDER**
           )
    Plaintiffs, )
           )
  vs. )
           )      Case No. 1:20-cv-124
Nine Point Energy, LLC, )
           )
    Defendants. )

On March 25, 2021, Defendant Nine Point Energy filed a "Notice of Automatic Stay and Suggestion fo Bankruptcy. (Doc. No. 19).

Title Eleven of the United Sates Code, Section 362(a)(1) provides that, upon the filing of a bankruptcy petition, all judicial and other proceedings are stayed. See 11 U.S.C.§ 362(a)(1); see also Missouri v. U.S. Bankruptcy Court for E.D. of Arkansas, 647 F.2d 768, 775 (8th Cir. 1981). Nine Point Energy, LLC advises that filed for Chapter 11 relief in the United States Bankruptcy Court for District of Delaware on March 15, 2021.  (Doc. No. 19).  Consequently, this matter is **STAYED** pursuant to 11 U.S.C. § 362(a) pending resolution of the bankruptcy cases in the United States Bankruptcy Court for the District of Delaware.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2021.

        */s/ Clare R. Hochhalter*
        Clare R. Hochhalter, Magistrate Judge
        United States District Court