IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sarah Heggen Lewis, Emily Heggen, and Marn Heggen, on behalf of themselves and a class of similarly situated persons,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Nine Point Energy, LLC,<br><br>　　　　　　　　　　　　　Defendant. | Civil No.: 1:20-cv-00124 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶ 1]　THIS MATTER comes before the Court on a Stipulation for Dismissal without Prejudice filed by the Parties on August 4, 2021. Doc. No. 23. The Parties stipulate to dismiss all claims with prejudice. Id. The parties further stipulate to bear their own costs and fees. Id.

[¶ 2]　Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that all claims against the Defendant are **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs and fees.

[¶ 3]　**IT IS SO ORDERED.**

　　　Dated August 4, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Daniel M. Traynor
　　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Traynor, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court